

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2014

No. 04-14-00872-CV

**IN RE** Art Martinez **DE VARA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

On December 15, 2014, relator Art Martinez de Vara filed a petition for writ of mandamus and motion for emergency temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator has not demonstrated that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 16th, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CI16459, styled *Art Martinez de Vara, Mayor of the City of Von Ormy, Texas v. Jacqueline Goede, Verna Hernandez, and Carmina Aguilar*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.